referee did not certify this case as "difficult and extraordinary." Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ROSE KATZ, Respondent, v. MORRIS KATZ, Appellant.— Order granting plaintiff's motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

GEORGE T. KELLY, Respondent, v. UNION FREE SCHOOL DISTRICT No. 1 OF THE TOWN OF SCARSDALE, WESTCHESTER COUNTY, NEW YORK, Appellant.— Order denying motion to dismiss complaint affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

FRANCIS X. MARX, an Infant, by WILHELMINA M. MARX, His Guardian ad Litem, Respondent, v. JACK GREEN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

WILHELMINA M. MARX, Respondent, v. JACK GREEN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

BENO MICHAEL, Respondent, v. HARRY BARR and ABRAHAM LIEBER, Appellants.— Order denying defendants' motion to vacate notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

WILLIAM F. NALLY, Respondent, v. ANNA J. NALLY, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

EDMUND J. O'CONNOR, Respondent, v. ZAHORIER KERBER, Appellant.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ANNA MARIE PRICE, an Infant, by JOHN L. PRICE, Her Guardian ad Litem, Appellant, v. JOHN MULDOON, INC., Respondent.— Judgment and order reversed upon the law and new trial granted, costs to abide the event. The court erroneously excluded evidence at folios 242 to 246. (*Zimmermann* v. *Ullmann*, 173 App. Div. 650, 652; *Larkin* v. *Nassau Electric R. R. Co.*, 205 N. Y. 267.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MCCORMACK, Appellant. JOHN POTTS and EUGENE BREE, Defendants.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. (*People* v. *Bree*, 249 N. Y. 541, decided October 23, 1928; *People* v. *Duffy*, 212 id. 57.) Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENJAMIN WAGNER, Appellant.*— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Lazansky, P. J., Rich, Young and Seeger, JJ., concur; Scudder, J., dissents.

SAMUEL STOCK and SAM JAFFEE, Respondents, v. MAYER KENIN, LOUIS POSNER and WILNA REALTY CORPORATION, Appellants, and LOUIS GOLDSTEIN, Defendant.— Order denying motion to require plaintiffs to serve an amended complaint omitting one of the two alleged causes of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ., concur.

* Affd., 250 N. Y. 580.